IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Borchers,<br><br>           Petitioner,<br><br>vs.<br><br>Duane Belcher, Sr., et al.,<br><br>           Respondents. | No. CV11-1018 PHX DGC (LOA)<br><br>**ORDER** |

Petitioner Douglas Borchers has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Judge Lawrence O. Anderson has issued a report and recommendation ("R&R") that the petition be granted.  Doc. 10.  No objection has been filed, which relieves the Court of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  The Court will accept the R&R and grant the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 10) is **accepted**.
2. The petition for writ of habeas corpus (Doc. 1) is **granted**.  Respondents shall provide Petitioner with a prompt hearing that fully complies with *Morrissey v. Brewer*, 408 U.S. 471, 486-88 (1972), no later than thirty days after the entry of this order.
3. A certificate of appealability is **granted** because the issues are "debatable

|     |     |
| --- | --- |
| 1   | among jurists of reason," or "the questions are adequate to deserve |
| 2   | encouragement to proceed further."  *Mendez v. Knowles*, 556 F.3d 757, |
| 3   | 770-71 (9th Cir. 2009) (quoting *Barefoot v. Estelle*, 463 U.S. 880 (1983), |
| 4   | *superseded on other grounds by* 28 U.S.C. § 2253(c)(2)). |

4. The Clerk is directed to **terminate** this action.

Dated this 12th day of April, 2012.

*[signature]*
_____
David G. Campbell
United States District Judge